**Octavius S. CLINE, Petitioner— Appellant,**

**v.**

**WARDEN OF FCI–WILLIAMSBURG, Respondent—Appellee.**

No. 10–7741.

United States Court of Appeals, Fourth Circuit.

Submitted: May 19, 2011.

Decided: May 23, 2011.

Octavius S. Cline, Appellant Pro Se.

Before TRAXLER, Chief Judge, and AGEE and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Octavius S. Cline, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2010) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Cline v. Warden of FCI–Williamsburg,* No. 6:10–cv–02273–RBH,

2010 WL 4226156 (D.S.C. Oct. 20, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*